IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW STEVENS, individually and on behalf of all persons similarly situated,<br>**Plaintiff** | : : : : : | No. 1:23cv1367<br><br>(Judge Munley) |
| v. | : : : | |
| USA TODAY SPORTS MEDIA GROUP, LLC and GANNETT CO., INC.,<br>**Defendants** | : : : : : | |

## ORDER

**AND NOW**, to wit, this 26th day of March 2024, the defendants' motion to transfer venue (Doc. 8) is hereby **GRANTED**. The Clerk of Court is directed to transfer this case to the Eastern District of Virginia. The Clerk of Court is further directed to close the case in this district.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court